UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|   |   |
|---|---|
| IN RE: ) | |
| JOHN ANTHONY RAGLAND ) | CASE NO. 09-80242 |
| DEBTOR ) | CHAPTER 13 |
| ) | |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT PURSUANT TO BANKRUPTCY RULE 3002.1(g)

To the Clerk Debtors, Debtor's Counsel and Chapter 13 Trustee:

The Creditor, Wells Fargo Bank, N.A. agrees with the Notice of Final Cure payment filed on February 20, 2014.

The Creditor agrees that the amount required to cure the pre-petition delinquency as set forth in Creditor's claim and any supplements and/or amendments thereto has been paid in full.

The Debtor is currently due for April 1, 2014, in the amount of $415.71.


*/s/ Daria Barrett*
Daria Barrett,
Counsel for Creditor Wells Fargo Bank, N.A.
State Bar Number 42188

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | ) | |
|---|---|---|
| IN RE: | ) | |
| JOHN ANTHONY RAGLAND | ) | CASE NO. 09-80242 |
| DEBTOR | ) | CHAPTER 13 |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the RESPONSE TO NOTICE OF FINAL CURE PAYMENT PURSUANT BANKRUPTCY RULE 3002.1(g) in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

John Anthony Ragland
1723 Minter School Road
Sanford, NC 27332

A. B. Harrington, III
P. O. Box 1072
Sanford, NC 27331-1072

Richard M. Hutson
302 East Pettigrew St., Suite B-140
P.O. Box 3613
Durham, NC 27702


This the 6th day of March, 2014.

                                              Brock and Scott, PLLC
                                              <u>/s/ Kyle Campbell</u>
                                              Kyle Campbell
                                              Paralegal
                                              Brock & Scott, PLLC
                                              5121 Parkway Plaza Drive, Suite 300
                                              Charlotte, NC 28217
                                              (704) 369-0676
                                              bankruptcy@brockandscott.com